AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| Name Eddie O. Morales | Prisoner No. | Case No. |
| Place of Confinement Souza Baranowski MCI | 04-30191-MAP |

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Eddie C Morales | V. Lois Russo |

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack
   Supreme Judicial Court
   Boston, MA.

2. Date of judgment of conviction
   3/16/01

3. Length of sentence
   life

4. Nature of offense involved (all counts)
   first degree murder

FILING FEE PAID:
RECEIPT # 305739
AMOUNT $ 5.00
BY DPTY CLK
DATE 9/24/04

5. What was your plea? (Check one)
   (a) Not guilty      ☒
   (b) Guilty          ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☐
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241  (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  Supreme Judicial Court

   (b) Result  Affirmed

   (c) Date of result and citation, if known  440 Mass 536 (Dec 11, 2003)

   (d) Grounds raised

   See attached Memorandum

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court

   (2) Result

   (3) Date of result and citation, if known

   (4) Grounds raised

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court

   (2) Result

   (3) Date of result and citation, if known

   (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court

       (2) Nature of proceeding

       (3) Grounds raised

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result

(6) Date of result

(b) As to any second petition, application or motion give the same information:

(1) Name of court

(2) Name of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. *See attached*

(4)

AO 241   (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one:

Supporting FACTS (state *briefly* without citing cases or law):

B. Ground two:

Supporting FACTS (state *briefly* without citing cases or law):

(5)

12. Grounds for unlawful detention:

   A. The Defendant's constitutional right to trial by an impartial jury was violated where the county was saturated with highly inflammatory pretrial publicity.

   B. The Defendant was denied his constitutional right to remain silent where the prosecutor commented on the Defendant's failure to testify.

   C. The Defendant was not denied his constitutional right to present a defense where the police intimidated his witnesses, where the media published photographs of the jurors, thereby increasing the pressure from the community to convict; where one juror ignored the court's instruction not to form a conclusion, interfered with the others' ability to concentrated and illustrated that at least one juror – she – was impartially affected by pretrial publicity, and where the Court admitted the Defendant's threats to kill another person.

   D. The Defendant was denied his constitutional right to put forward a defense, self-defense where the court refused to ask the potential jurors in voir dire their willingness to accept self-defense, where the prosecutor vouched for his witness on this issue, and where a mistrial should have been declared when a witness's improper testimony struck at the heart of the issue of self-defense.

   E. The Defendant was denied his constitutional right to a fair trial where the Court admitted the Defendant's threats to kill a person whom he believed to have "snitched."

   F. The Defendant was denied his constitutional right to a fair trial where one juror ignored the Court's instruction not to form a conclusion, violated the order not to deliberate, and interfered with the others' ability to hear and concentrate.

AO 241    (Rev. 5/85)

    C. Ground three:

        Supporting FACTS (state *briefly* without citing cases or law):

    D. Ground four:

        Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing

    Peter Ettenburg
    370 Main Street
    (b) At arraignment and plea    Worcester, MA 01608

AO 241    (Rev. 5/85)

    (c) At trial        *PJiv Etherbury*

    (d) At sentencing

    (e) On appeal     *Janet Pumphrey*
                            *45 Walker Street*
                            *Lenox, MA 01240*

    (f) In any post-conviction proceeding

    (g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
 Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
 Yes ☐   No ☒
 (a) If so, give name and location of court which imposed sentence to be served in the future:

 (b) Give date and length of the above sentence:

 (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
 Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

                                                                              *Signature of Attorney (if any)*
                                                   *Janet Pumphrey*

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*Sept 20, 2004*
      Date

                                                                         *Signature of Petitioner*

(7)