UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30191-MAP

EDDIE O. MORALES,
    Petitioner

v.

LOIS RUSSO, Superintendent, and
THOMAS F. REILLY, Attorney General,
    Respondents

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Petitioner, Eddie O. Morales.

Respectfully submitted,

Janet H. Pumphrey, Esq.
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

1