UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDDIE O. MORALES,<br>    Petitioner,<br><br>v.<br><br>LOIS RUSSO, Superintendent,<br>THOMAS F. REILLY, Attorney General,<br>    Respondents. | Civil Action No. 04-30191-MAP |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE
ANSWER OR OTHER PROPER RESPONSIVE PLEADING**

The respondent, through counsel, hereby respectfully requests that this Court grant him an enlargement of time until December 13, 2004, within which he must file his answer or other responsive pleading to the petition for a writ of habeas corpus. In support of the motion, the respondent states that he has ordered and is currently awaiting delivery of pertinent documents from the Office of the District Attorney of the Hampden District, and from the Clerk of the Hampden Superior Court. In addition, counsel is working on a number of additional matters, including; filing a motion to dismiss and memorandum of law in support in the case of *Charles v. City of Boston, et. al.,* U.S.D.C. No. 04-10986-NG, on October 15, 2004, drafting a brief, due on November 1, 2004 in the case of *Commonwealth v. Karl D. Clemmey, and another*, Massachusetts Appeals Court No. 2004-P-1108, and drafting his response to a habeas corpus petition in the case of *Tavares v. O'Brien*, U.S.D.C. No. 04-40059-FDS, due on November 22, 2004.

The undersigned assistant attorney general requires the additional time to prepare an

adequate answer or other responsive pleading, in this action.

                                              Respectfully submitted,

                                              THOMAS F. RILEY
                                              ATTORNEY GENERAL

                                              /s/ Daniel I. Smulow
                                              Daniel I. Smulow, BBO 641668
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200 ext. 2949

Dated: October 25, 2004

### Certificate of Compliance with Local Rule 7.1(A)(2)

    I, Daniel I. Smulow, hereby certify that I communicated with Attorney Janet Pumphrey, counsel for the petitioner, on Monday, October 25, 2004, and she assented to this motion.

                                              /s/ Daniel I. Smulow

### Certificate of Service

    I, Daniel I. Smulow, hereby certify that a true copy of the above document was served on Janet Pumphrey, Esq., 45 Walker Street, Lenox, MA 01240, by first class mail, postage prepaid, on October 25, 2004.

                                              /s/ Daniel I. Smulow