UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30191-MAP

EDDIE O. MORALES,
Petitioner

v.

LOIS RUSSO, Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

## CONDITIONAL ASSENT TO MOTION FOR ENLAGMENT

Now comes counsel for the Petitioner and assents to the Respondents' Motion for Enlargement of Time To File Answer or Other Proper Responsive Pleading until December 13, 2004. However, said assent is specifically conditioned upon representations by the Assistant Attorney General that the Respondents do not intend to raise a statute of limitations defense. This matter was decided by the Supreme Judicial Court on December 11, 2003, and the enlargement of time requested and herein assented-to by counsel for the Petitioner is until December 13, 2004.

Respectfully submitted,

Janet H. Pumphrey, Esq.
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

1

CERTIFICATE OF SERVICE

I, Janet H. Pumphrey, hereby certify that a true copy of the above document was served on Daniel I. Smulow, One Ashburton Place, Boston, MA 02108 by first class mail on November 9, 2004.

_____
Janet H. Pumphrey