# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **EDDIE O. MORALES,** | ) | |
| **Petitioner,** | ) | |
| | ) | **Civil Action No. 04-30191-MAP** |
| **v.** | ) | |
| | ) | |
| **LOIS RUSSO, Superintendent; and** | ) | |
| **THOMAS F. REILLY, Attorney General,** | ) | |
| **Respondents.** | ) | |

## MOTION TO DISMISS THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS

In his petition for habeas corpus relief, the petitioner mistakenly named Thomas F. Reilly, the Attorney General of the Commonwealth of Massachusetts, as a respondent. Only the superintendent of the institution where the petitioner is incarcerated, here Lois Russo, may be properly named as a respondent. *See* 28 U.S.C. § 2254 Rule 2(a). Consequently, Attorney General Reilly, through undersigned counsel, respectfully requests that this Court remove him as a party to the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO # 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2949

Dated: November 22, 2004

**Certificate of Compliance with Local Rule 7.1(A)(2)**

I, Daniel I. Smulow, hereby certify that I have conferred with Attorney Janet Pumphrey about this motion and she assents to it.

/s/ Daniel I. Smulow

**Certificate of Service**

I, Daniel I. Smulow, hereby certify that on November 22, 2004, I served a true copy of this document by first class mail to: Janet Pumphrey, Esq., 45 Walker Street, Lenox, MA 01240.

/s/ Daniel I. Smulow