UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDDIE O. MORALES,            )
        Petitioner   )
                       )
                       )
v.                           )   Civil Action No. 04-30191-MAP
                       )
                       )
LOIS RUSSO, Superintendent,  )
        Respondent   )

SCHEDULING ORDER
February 2, 2005

NEIMAN, U.S.M.J.

The court hereby establishes the following schedule:

1.    Respondent shall file a brief in opposition to the Petition for Writ of Habeas Corpus by March 4, 2005.

2.    Petition may file a reply brief by March 18, 2005.

IT IS SO ORDERED.

                                            /s/ KENNETH P. NEIMAN
                                            KENNETH P. NEIMAN
                                            U.s. Magistrate Judge