UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDDIE O. MORALES,<br>    Petitioner,<br><br>v.<br><br>LOIS RUSSO, Superintendent,<br>    Respondent. | )<br>)<br>)   Civil Action No. 04-30191-MAP<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
### TO FILE MEMORANDUM OF LAW

The respondent, through counsel, hereby respectfully requests that this Court grant him an enlargement of time until April 1, 2005, within which he must file his memorandum concerning the merits of the petitioner's habeas corpus petition.  In support of the motion, undersigned counsel states that he has been working on numerous additional matters including; filing a brief in the First Circuit Court of Appeals in *Morris v. Verdini*, No. 04-1758, on February 18, 2005; filing a petition for relief in the Supreme Judicial Court for Suffolk County, on behalf of the Massachusetts State Police in the case of *Commonwealth v. Jose Fernandez*, No. S.J. 2005-0089, on March 1, 2005; preparing for and appearing at a hearing before the Supreme Judicial Court for Suffolk County on March 3, 2005, in the matter of *Joel Pentlarge v. Commonwealth*, No. S.J. No. 2005-0022; and preparing a motion in the case of *Grayling Davis v. Bernard Brady*, U.S.D.C. No. 04-10386-MLW, a habeas corpus case.  The *Davis* motion is also currently due on March 4, 2005.  Undersigned counsel states that he has prioritized the *Davis* matter because the petitioner in that case filed his habeas petition months before Mr. Morales filed his habeas petition in this case, and because the issues do not, at present, appear to be as complex in *Davis*

as they are here.

The undersigned assistant attorney general requires the additional time to prepare an adequate memorandum addressing the issues raised by the petitioner in this case.

                                              Respectfully submitted,

                                              THOMAS F. RILEY
                                              ATTORNEY GENERAL

                                              /s/ Daniel I. Smulow
                                              Daniel I. Smulow, BBO 641668
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200 ext. 2949

Dated: March 3, 2005

## Certificate of Compliance with Local Rule 7.1(A)(2)

I, Daniel I. Smulow, hereby certify that I communicated with Attorney Janet Pumphrey, counsel for the petitioner, on Tuesday, March 1, 2005, and she assented to this motion.

                                              /s/ Daniel I. Smulow

## Certificate of Service

I, Daniel I. Smulow, hereby certify that a true copy of the above document was served on Janet Pumphrey, Esq., 45 Walker Street, Lenox, MA 01240, by first class mail, postage prepaid, on March 3, 2005.

                                              /s/ Daniel I. Smulow

-