UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDDIE O. MORALES,            )
       Petitioner   )
                         )
v.                           )    Civil Action No. 04-30191-MAP
                         )
                         )
LOIS RUSSO, Superintendent,  )
       Respondent   )

REVISED SCHEDULING ORDER
March 4, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Respondent's assented-to Motion for Extention of Time (Document No. 13) and revises the schedule as follows:

1. Respondent shall file a brief in opposition to the Petition for Writ of Habeas Corpus by April 1, 2005.

2. Petitioner may file a reply brief by April 15, 2005.

There shall be no further extensions.

IT IS SO ORDERED.

                                     /s/ Kenneth P. Neiman
                                     KENNETH P. NEIMAN
                                     U.S. Magistrate Judge