

# The Commonwealth of Massachusetts
## Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108-1598

Thomas F. Reilly
Attorney General

(617) 727-2200
www.ago.state.ma.us

April 6, 2005

Mr. John Stuckenbruck
Assistant Clerk
United States District Court
District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    Re:   *Eddie O. Morales v. Lois Russo*
           No. 04-30191-MAP

Dear Mr. Stuckenbruck:

    Enclosed, please find for filing in the above-referenced case the state court trial transcripts.

    Thank you for your attention to this matter.

                                           Very truly yours,

                                           Daniel I. Smulow
                                           Assistant Attorney General

DIS/fhs

enclosures

cc    Janet Pumphrey, Esq. (without enclosures)