UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30191-MAP

EDDIE O. MORALES,
Petitioner

v.

LOIS RUSSO, Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

**MOTION FOR PROTECTIVE ORDER**

Now comes counsel for the Defendant/Appellant and requests that the Court not schedule a hearing or require pleadings or status reports to be filed from November 4, 2005 through November 17, 2005. As grounds therefor, counsel for the Defendant/Appellant relies on the attached Affidavit.

Respectfully submitted,

Janet H. Pumphrey
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

CERTIFICATE OF SERVICE

I, Janet Pumphrey, hereby certify that I have forwarded the above pleading to the U.S. Attorneys Office.

Janet H. Pumphrey

October 10, 2005