UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30191-MAP

EDDIE O. MORALES,
Petitioner

v.

LOIS RUSSO, Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

### AFFIDAVIT OF COUNSEL

I, Janet H. Pumphrey, hereby depose and state:

1. From November 4, 2005 through November 16, 2005, I will be traveling to visit my stepson in India, where he is spending his junior year of college.

2. While I am gone, Attorney Elizabeth J. Quigley (413-499-5476) will be covering my practice.

3. I anticipate that I will have e-mail and internet access while I am gone: JHPumphrey@aol.com should an emergency arise.

Signed under pains and penalties of perjury,

Janet H. Pumphrey

October 10, 2005