UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDDIE O. MORALES,            )
        Petitioner          )
                            )
            v.              )  C.A. NO. 04-30191-MAP
                            )
LOIS RUSSO, Superintendent, )
        Respondent          )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
PETITION FOR WRIT OF HABEAS CORPUS
(Docket Nos. 1, 17)

November 23, 2005

PONSOR, D.J.

    This petition for a writ of habeas corpus pursuant to
28 U.S.C. § 2254 was referred to Magistrate Judge Kenneth P.
Neiman for report and recommendation.  On October 11, 2005,
Judge Neiman issued his Report and Recommendation, to the
effect that habeas corpus relief be denied and judgment
enter in favor of the respondent.  The petitioner duly filed
an objection to this Report and Recommendation.

    Upon de novo review, this court hereby adopts Magistrate
Judge Neiman's Report and Recommendation.

    Extensive discussion is unnecessary, in view of the
thoroughness of Magistrate Judge Neiman's memorandum.  The
simple fact is that every one of the issues raised by
petitioner was addressed in the decision of the
Massachusetts Supreme Judicial Court affirming the
petitioner's conviction.  Although petitioner's current

counsel, of course, disagrees with these findings, nothing in the petitioner's memorandum remotely amounts to a showing that the SJC made "an <u>unreasonable</u> determination of the facts."  28 U.S.C. § 2254(d)(3). (Emphasis supplied). Moreover, petitioner's memorandum lacks any claim that the state court's adjudication resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established federal law.  Since petitioner's argument amounts to a rehash of factual disagreements, and no complaint as to any misapplication of the law, <u>habeas</u> relief is inappropriate.

For the foregoing reasons, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated October 11, 2005 is hereby ADOPTED.  The petition is hereby ordered DISMISSED.  The case may now be closed.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
MICHAEL A. PONSOR
U. S. District Judge