UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDDIE O. MORALES
        Petitioner(s)

v.     CIVIL ACTION: 04-30191-MAP

LOIS RUSSO, Superintendent
        Respondent(s)

### JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT OF DISMISSAL entered for the Respondent pursuant to the Memorandum and Order of the Court entered on November 23, 2005 adopting the Magistrate Judge's Report and Recommendation and dismissing the Petitioner's motion for writ of habeas corpus.

SARAH A. THORNTON,
CLERK OF COURT

Dated: November 28, 2005     By  /s/ Mary Finn
        Deputy Clerk

(Judgment Civil.wpd - 11/98)     [jgm.]

Case 3:04-cv-30191-MAP    Document 22    Filed 11/28/2005    Page 2 of 2